IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

| | | |
|---|---|---|
| **United States of America** | ) | ORDER |
| | ) | |
| v. | ) | Case # 3:96CR4-MR-5 |
| | ) | |
| **Michael Crowder** | ) | |

**THIS MATTER** comes before the Court on its own motion.

On March 18, 2010, the above named defendant (**Michael Crowder**) was presented for Initial Appearance before United States Magistrate Judge David Cayer in the United States District Court, Western District of North Carolina, Charlotte Division on the above captioned case pursuant to Writ of Habeas Corpus ad Prosequendum (Document 199).

On March 23, 2010, the defendant (**Michael Crowder**) consented to Detention and Order of Detention (Document 203) was entered by United States Magistrate Judge David S. Cayer.

On April 13, 2010, upon Motion by the United States Attorney's Office, United States District Judge Martin Reidinger entered Order (Document 208) to have defendant (**Michael Crowder**) returned to state custody, in particular Mecklenburg County Sheriffs Office.

On August 4, 2010, the United States Marshals Service received notification from Mecklenburg County Sheriffs Office that defendant (**Michael Crowder**) was granted a bond on the pending criminal charges in state court and was being returned to United States Marshals custody.

On September 3, 2010, upon motion of the United States Attoreny's Office, United States District Judge Martin Reidinger entered Order (Document 209) dismissing the Writ of Habeas Corpus ad Prosequendum and returning the defendant (**Michael Crowder**) to state custody, in particular Mecklenburg County Sheriffs Office.

On September 7, 2010, Mecklenburg County Sheriffs Office released the defendant (**Michael Crowder**) based on the previous bond resolution on the pending state criminal charges.

**THE COURT** hereby Orders that the defendant **(Michael Crowder)** be returned to custody pursuant to Detention Order entered on March 23, 2010.

_____

David S. Cayer

United States Magistrate Judge

Western District of North Carolina- Charlotte Division